IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORA A. MORTON, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:12-CV-01738 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Brann) |
| Defendant | : | |

ORDER
May 28, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Debora A. Morton as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Debora A. Morton disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge